UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DPC NEW YORK, INC.,

                Plaintiff,

- against -

SCOTTSDALE INSURANCE COMPANY,

                Defendant.

**ORDER**

19 Civ. 1743 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A conference will take place in this action on August 27, 2020 at 10:15 a.m. The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The Court is holding multiple telephone conferences on this date. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. No later than **June 29, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute. The email should include the case name and case number in the subject line.

        Seven days before the conference, the parties must submit a joint letter addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; and (3) the prospect for settlement. For the Court's convenience, the parties must set forth the conference's date and time in the joint letter's opening paragraph. The Court directs the parties to consult its Individual Practices and model Case Management Plan and Scheduling Order – both of which are available on the Court's web site – and to submit with their joint letter a jointly proposed Case Management Plan.

Dated: New York, New York
       July 3, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge